# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Spencer Kerry Curtiss,<br><br>      Petitioner,<br><br>vs.<br><br>Colby Braun, Warden,<br><br>      Respondent. | **ORDER FOR FILING AN<br>OF ADDITIONAL PART<br>OF STATE COURT RECORD**<br><br><br>Case No. 1:16-cv-00049 |

It is **ORDERED** that the following item from the state court records be marked, filed, and included in the record of this proceeding as follows:

Exhibit 40A - Curtiss's Affidavit (Supplement) to his amended first petition for postconviction relief filed with state district court as Doc. ID #38 in Case No. 08-2012-cv-01810 as referenced in this case in Ex. 6.

It is further **ORDERED**:

1. The above pleading be filed under seal given it contains sensitive material relating to a minor person.

2. The parties can make any objections they deem appropriate to the court's consideration of the material in their response to the undersigned's Report and Recommendation in this case with respect to the pending motion to dismiss.

Dated this 29th day of March, 2019.

                                              */s/ Charles S. Miller, Jr.*
                                              Charles S. Miller, Jr.
                                              United States Magistrate Judge